UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OXFORD FINANCE LLC,<br><br>         Plaintiff,<br><br>   -against-<br><br>CRAIG M. BERNFIELD,<br><br>         Defendant. | 24-CV-375 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The deadline for all discovery in this case will be October 31, 2024. By July 12, 2024, the parties should meet and confer on interim discovery deadlines and submit a proposed case management plan.

  Trial in this case will be held on January 27, 2025. That date will not move.

  The Clerk of Court is directed to lift the stay on this case.

  SO ORDERED.

Dated: July 9, 2024
    New York, New York

                       _____
                           ARUN SUBRAMANIAN
                          United States District Judge